**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Storflex Holdings, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR105339 | 7/1/2022 | $1,384.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104891 | 6/15/2022 | $3,511.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104892 | 6/15/2022 | $3,547.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104895 | 6/15/2022 | $5,935.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104896 | 6/15/2022 | $3,503.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104898 | 6/15/2022 | $3,536.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104899 | 6/15/2022 | $3,536.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104902 | 6/15/2022 | $3,569.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104906 | 6/15/2022 | $3,594.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR105329 | 7/1/2022 | $5,583.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR105330 | 7/1/2022 | $5,849.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR105332 | 7/1/2022 | $4,122.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR105333 | 7/1/2022 | $74.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR104890 | 6/15/2022 | $3,536.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR105337 | 7/1/2022 | $8,839.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113296 | $63,864.90 | 3/16/2023 | 102108 | 7/11/2022 | $20,606.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | 101858 | 7/11/2022 | $6,247.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR105340 | 7/1/2022 | $11,538.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR105341 | 7/1/2022 | $13,475.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR105343 | 7/1/2022 | $2,116.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR105345 | 7/1/2022 | $4,809.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR105346 | 7/1/2022 | $395.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR105922 | 7/29/2022 | $61.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR105924 | 7/29/2022 | $5,162.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112937 | $50,026.71 | 3/3/2023 | AR106597 | 8/25/2022 | $6,218.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113031 | $53,834.33 | 3/10/2023 | 101859 | 7/11/2022 | $17,955.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113031 | $53,834.33 | 3/10/2023 | AR105853 | 7/27/2022 | $3,846.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113031 | $53,834.33 | 3/10/2023 | AR106186 | 8/9/2022 | $32,033.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113296 | $63,864.90 | 3/16/2023 | 101863 | 7/11/2022 | $43,258.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112725 | $64,549.10 | 2/24/2023 | AR105336 | 7/1/2022 | $4,426.07 |

**Totals:** 4 transfer(s), $232,275.04